UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Peterson,**<br>Plaintiff,<br>v.<br>**City of Mission Viejo;** and Does 1-10, Inclusive,<br>Defendants. | **Case No.** 8:19-CV-01666-JVS-ADS<br><br>**[PROPOSED] ORDER** |

    Having read the forgoing stipulation, it is hereby ordered that the mediation completion date be continued from October 30, 2019 to February 19, 2020. The parties shall file a joint report regarding the results of the mediation by February 26, 2020.

Dated: _____      By _____
                                                       Hon. James v. Selna
                                                       United States District Judge