# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Peterson**,<br><br>    Plaintiff,<br><br>  v.<br><br>**City of Mission Viejo;** and Does 1-10, Inclusive,<br><br>    Defendants. | Case No.: 8:19-CV-01666-**JLS-**ADS<br><br>**Order re: Stipulation for Dismissal of Entire Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

## ORDER

Pursuant to the stipulation of the parties, the above entitled action is dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side to bear its own attorneys' fees and costs.

DATED: September 4, 2020      \_\_JOSEPHINE L. STATON_____
    **Honorable Josephine L. Staton\***
    United States District Judge